UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACOBSON OUTDOOR GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKY MOUNTAIN HUNTING CALLS & SUPPLIES, LLC,<br><br>Defendants. | Case No. 2:23-cv-88-DCN<br><br>AFFIDAVIT OF SERVICE OF:<br><br>☒ SUMMONS<br>☒ COMPLAINT |

I, ___SHANE KING___, certify and state:

I am over the age of 18 years, and I am not a party to this case nor an employee of a party to this case.

On ___3/3/2023 at 12:55 p.m.___, I served true and correct copies of the documents indicated above on ___ROCKY MOUNTAIN HUNTING CALLS & SUPPLIES, LLC___:

Personal delivery to ___DALE AMES- Registered Agent___ at:
4520 W. Hargrave, Suite 1, Post Falls, Idaho 83854.

CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: __3/6/2023__

SHANE KING
Typed/printed name

_____
Signature of Process Server

1