Kevin W. Roberts, ISB #6305
Chad H. Freebourn, ISB #11158
ROBERTS | FREEBOURN, PLLC
120 N. Stevens St., Suite 300
Spokane, WA 99201
Phone: (509) 381-5262
kevin@robertsfreebourn.com
chad@robertsfeebourn.com
*Attorneys for RMHC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| JACOBSEN OUTDOOR GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROCKY MOUNTAIN HUNTING CALLS & SUPPLIES, LLC,<br><br>Defendant. | Case No.: 2:23-cv-00088-AKB<br><br>ROCKY MOUNTAIN HUNTING CALLS & SUPPLIES, LLC'S PROPOSED JOINT FINDINGS OF FACT AND CONCLUSIONS OF LAW |

## I. FINDINGS OF FACT

1. Dale Ames is and has been the owner of a company called Rocky Mountain Hunting Calls & Supplies LLC, since 2019. Tr., p. 12, ll. 5-8.

2. Prior to 2019, there was a company called Rocky Mountain Hunting Calls & Supplies LLC that was owned by a man named Rockie Jacobsen who is Corey Jacobsen's father. Tr., p. 12, ll. 15-22.



**ROBERTS | FREEBOURN, PLLC**
120 N. Stevens St., Suite 300
Spokane, WA 99201
(509) 381-5262

3. Before the company was called Rocky Mountain Hunting Calls & Supplies LLC, it was called Bugling Bull Game Calls. Bugling Bull Game Calls was owned and operated by Rockie Jacobsen and Rena Jacobsen. Tr., p. 366, ll. 5-12.

4. Corey Jacobsen started a website in or about 2008 or 2009 called ELK101.com, that gained a lot of attraction. Tr., p. 366, ll. 17-18; Tr., p. 433 ll. 13-16.

5. During a phone call between Corey Jacobsen and his mother, Rena Jacobsen, the two commenced a verbal agreement between Jacobsen Outdoor Group and Rocky Mountain Hunting Calls & Supplies LLC, where Jacobsen Outdoor Group would receive a 10 percent royalty for any products that would be sold in a Signature Series line. Tr., p. 367, ll. 4-9; Tr., p. 441 ll. 15-23.

6. Corey Jacobsen is the owner of a company called Jacobsen Outdoor Group. Tr., p. 12, ll. 23-25.

7. As part of the agreement, Jacobsen Outdoor Group gave a license to Rocky Mountain Hunting Calls & Supplies LLC to use the ELK101.com name and logo. Tr., p. 367, ll. 17-20. Tr., p. 442 ll. 4-10.

8. This agreement additionally included a license to the use of Corey Jacobsen's name, image, and likeness. Tr., p. 442 ll. 11-14.

9. Jacobsen Outdoor Group was paid the entire 10 percent for both the used of the Elk101.com logo and Core Jacobsen's personal name, image, and likeness. Corey Jacobsen the individual was never paid a distinguishable separate amount of the 10 percent. Tr., p. 442 ll. 18-25; Tr., p. 443 ll. 1-18; Tr., p. 444 ll. 6-10.

10. In or about 2009, Mr. Corey Jacobsen, on behalf of Jacobsen Outdoor Group, filed for an assumed business name in the State of Idaho for Elk101.com. Tr., p. 433 ll. 2-5.



ROBERTS | FREEBOURN, PLLC
120 N. Stevens St., Suite 300
Spokane, WA 99201
(509) 381-5262

11. In or about 2014, Mr. Corey Jacobsen, on behalf of Jacobsen Outdoor Group, filed to cancel the assumed business name ELK101.com in the State of Idaho. Tr., p. 433 ll. 6-9.

12. After Mr. Corey Jacobsen, on behalf of Jacobsen Outdoor Group, filed to cancel the assumed business name ELK101.com in the State of Idaho, Jacobsen Outdoor Group stopped operating and selling on the Elk101.com website. Tr., p. 433 ll. 7-14.

13. After 2014, company called Campfire.com out of Utah operated under Elk101.com. Tr., p. 433 ll. 15-18.

14. In 2016, Mr. Corey Jacobsen, on behalf of Jacobsen Outdoor Group, filed a certificate of assumed business name ELK101.com in the State of Idaho. When filing this certificate, Jacobsen Outdoor Group indicated that the purpose for the business was for services. Jacobsen Outdoor Group did not indicate it was for retail or manufacturing. Tr., p. 435 ll. 4-21.

15. Since the filing of the assumed business name ELK101.com in 2016, the certificate has not changed to indicate any other business purpose other than services. Tr., p. 435 ll. 22-24; Tr., p. 436 ll. 1-3.

16. In or about the years 2008 through 2023, Jacobsen Outdoor Group never applied for a federal trademark on either ELK101.com or Elk101. Tr., p. 436 ll. 2-25.

17. The current Rocky Mountain Hunting Calls & Supplies LLC, that is owned by Mr. Dale Ames, is a manufacturer, retailer, and seller of bugle calls. Tr., p. 13, ll. 2-4.

18. Over a period of years, Rocky Mountain Hunting Calls & Supplies LLC has created and/or sold lines of items including game calls that refer to various Signature Series. Tr., p. 13, ll. 15-17.



ROBERTS | FREEBOURN, PLLC
120 N. Stevens St., Suite 300
Spokane, WA 99201
(509) 381-5262

19. A Signature Series is a specific line of products normally associated with an individual, who is the promoter, and that said individual is paid a commission to promote Rocky Mountain Hunting Calls & Supplies LLC's products, specifically, the Signature Series of products they're associated with. Tr., p. 13, ll. 20-24; Tr., p. 130, ll. 13-19.

20. Rocky Mountain Hunting Calls & Supplies LLC sold products associated with a Signature Series known as the "ELK101 Signature Series." Tr., p. 13, ll. 25.

21. At the time that Mr. Dale Ames purchased Rocky Mountain Hunting Calls & Supplies LLC from Mr. Rockie Jacobsen in 2019, Rocky Mountain Hunting Calls & Supplies LLC sold products within the ELK101 Signature Series that included the phrase "ELK101" on the product packaging. Tr., p. 14, ll. 11-15.

22. There was never any payment made to Corey Jacobsen, the individual, only to Jacobsen Outdoor Group for the 10 percent royalty from the sale of the associated products within the ELK101 Signature Series. Tr., p. 116, ll. 17-25; Tr., p. 450 ll. 16-22; Tr., p. 452 ll. 9-20.

23. All products marketed in the ELK101 Signature Series by Rocky Mountain Hunting Calls & Supplies LLC have always included both the Elk101 mark and Mr. Corey Jacobsen's personal name, image and likeness. Tr., p. 444, ll. 13-21.

24. On November 19, 2022, Corey Jacobsen, on behalf of Jacobsen Outdoor Group, sent an email requesting that Rocky Mountain Hunting Calls & Supplies LLC cease the use of the name Elk101 on any of its products by December 31, 2022. Tr., p. 23, ll. 2-7.

25. The November 19, 2022, email specifically states "all reference to the Elk101 brand and Corey Jacobsen likeness will need to be removed from all Rocky Mountain Hunting Calls product packaging, marketing by the end of the year 12/31/2022. This will



ROBERTS | FREEBOURN, PLLC
120 N. Stevens St., Suite 300
Spokane, WA 99201
(509) 381-5262

include all product packaging, promotional items, catalogues, websites, et cetera. Additionally, the sale of any and all product that includes the ELK101 name or Corey Jacobsen likeness needs to cease completely by this date as well." Tr., p. 23-24, ll. 20-25; 1-3.

26. After December 31, 2022, Rocky Mountain Hunting Calls & Supplies LLC continued to sell products with the ELK101 name on product packaging as they still possessed a large inventory. Tr., p. 24, ll. 15-18.

27. On February 17, 2023, Rocky Mountain Hunting Calls & Supplies LLC applied to register the ELK101 trademark based on use in commerce under 15 USC 1051(a). Tr., p. 43, ll. 8-24.

28. Jacobsen Outdoor Group is unaware of any conversations, or representations made between Mr. Dale Ames and Rockie Jacobsen. Tr., p. 445, ll. 10-23.

29. There were other individuals that had Signature Series agreements with Rocky Mountain Hunting Calls & Supplies LLC. One of these said individuals was Mr. Steve Chappell. Tr., p. 91, ll. 6-14.

30. To date, there is no federally registered trademark for ELK101. Tr., p. 118, ll. 8-10.

DATED this________day of June 2026.

______________________________
The Honorable Judge Amanda K. Brailsford



**ROBERTS | FREEBOURN, PLLC**
120 N. Stevens St., Suite 300
Spokane, WA 99201
(509) 381-5262

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused to be served a true and correct copy of the foregoing document to the below individuals as follows on the date set forth below:

| | |
|---|---|
| ☐ HAND DELIVERY<br>☐ U.S. MAIL, POSTAGE PREPAID<br>☐ OVERNIGHT MAIL<br>☒ E-SERVICE/PACER | Casey M. Bruner ISB #10759<br>Max K. Archer, ISB #11378<br>Matthew A. Mensik, pro hac vice<br>Riverside Law Group, PLLC<br>905 W. Riverside Avenue<br>Spokane, WA 99201<br>cmb@riverside-law.com<br>mka@riverside-law.com<br>*mam@rnwlg.com*<br>*Counsel for Plaintiff* |

On this __ day of June 2026.

/s/ ____________________
Clerk of the Court



**ROBERTS | FREEBOURN, PLLC**
120 N. Stevens St., Suite 300
Spokane, WA 99201
(509) 381-5262